# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | DAVID DWIGHT & THERESA RENEE REED |
| **Case Number:** | 18-06506-JMC-13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 23, 2018 12:59 PM    IP 325 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | HEATHER BUTLER |
| **Reporter / ECR:** | HEATHER BUTLER |

### *Matter:*

Hearing on Objection to Confirmation of Plan filed by Partners for Payment Relief DE II, LLC [2], [12]

**R / M #:**    0 / 0

### *Appearances:*

BRIAN BROTHERS, TRUSTEE
MICHAEL COX, ATTORNEY FOR DAVID DWIGHT REED, THERESA RENEE REED
JON LIEBERMAN, ATTORNEY FOR PARTNERS FOR PAYMENT RELIEF DE II, LLC

### *Proceedings:*

Disposition:  Hearing held.  Valuation hearing set for 12/13/18 at 10:00 a.m.   Notice given in court.  Expert disclosures to be exchanged prior to hearing.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**